# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA
# NORTHWESTERN DIVISION

| | | |
|---|---|---|
| United States of America, | ) | |
| | ) | **ORDER CANCELLING** |
| Plaintiff, | ) | **REVOCATION HEARING** |
| | ) | |
| vs. | ) | |
| | ) | |
| Jordan Michael Barnes, | ) | Case No. 4:03-cr-074 |
| | ) | |
| Defendant. | ) | |

The defendant, Jordan Michael Barnes, has requested a continuance of the Rule 32.1 revocation hearing scheduled for February 8, 2007. Defense counsel requests a continuance to allow for additional time to conduct a psychological evaluation of the defendant. The Government does not oppose a continuance. The Court **GRANTS** a continuance of the revocation hearing. The revocation hearing scheduled for February 8, 2007, is cancelled. The hearing will be rescheduled upon completion of the psychological evaluation and the issuance of a written report and recommendation(s) for treatment.

Dated this 7th day of February, 2007.

**IT IS SO ORDERED**.

*/s/ Daniel L. Hovland*
Daniel L. Hovland, Chief Judge
United States District Court